# CERTIFICATE OF DEATH PENALTY CASE
## U.S. COURT OF APPEALS, THIRD CIRCUIT

### United States District Court

**DISTRICT:** Eastern District – PA

**LOCATION:** Philadelphia

**DOCKET NUMBER:** 2

**CASE CAPTION:**

Edward Bracey, Petitioner

v.

Jeffrey Beard, et al., Respondent

**DATE FILED:** 6/10/2002

FILED JUN 10 2002 By MICHAEL E. KUNZ, Clerk / Dep. Clerk

**FEE STATUS:**
- [ ] PAID
- [x] IFP PENDING
- [ ] IFP

**COUNSEL FOR PETITIONER**
Name: Robert Dunham
Office Address:
Suite 545 West, The Curtis Center
Independence Square West
Philadelphia, PA 19106
Office Telephone: (215) 928-0520

Home Address:
706 Spring Lane
Philadelphia, PA 19128
Home Telephone: (215) 509-7848

**COUNSEL FOR RESPONDENT**
Name: Thomas Dolgenos
Office Address:
1421 Arch St
Philadelphia PA 19103
Office Telephone: (215) 686-5703

Home Address:

Home Telephone: (   )

**INSTITUTION OF INCARCERATION:** SCI-Graterford

**EXECUTION DATE:** 7/11/2002

**EXPLANATION OF EMERGENCY NATURE OF PROCEEDINGS** *(attach another page if necessary)*

Execution pending; capital habeas case

DP-1 (8/85)      *(See reverse for continuation of form)*

HAS PETITIONER PREVIOUSLY FILED CASES IN FEDERAL COURT?

☒ NO   ☐ YES *(give caption, number, filing date, disposition and disposition date)*

DOES PETITIONER HAVE CASES PENDING IN OTHER COURTS?

☒ NO   ☐ YES *(give court, caption, number, filing date and status)*

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE PETITIONER IS PRESENTLY UNDER A SENTENCE OF DEATH AND THAT THE INFORMATION PROVIDED ON THIS FORM IS CURRENTLY ACCURATE AND CORRECT.

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 6/10/02 |

**NOTE:** The Court of Appeals periodically will request case status reports. Petitioner is under a continuing affirmative obligation to immediately notify the Third Circuit of any changes or additions to the information contained on this form.