IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BRACEY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY BEARD, Commissioner,** | : | |
| **Pennsylvania Department of Corrections;** | : | |
| **DONALD T. VAUGHN, Superintendent of** | : | |
| the State Correctional Institution at | : | |
| Graterford; and | : | |
| **JOSEPH P. MAZURKIEWICZ,** | : | |
| **Superintendent of the State Correctional** | : | |
| **Institution at Rockview,** | : | |
| Respondents | : | No. 02-3685 |

# ORDER

  **AND NOW**, this   day of **June, 2002**, upon consideration of Petitioner's Motion for Appointment of Counsel and Stay of Execution and Request for *In Forma Pauperis* Status, it is hereby **ORDERED** that:

1. Petitioner's Motion for Appointment of Counsel and Stay of Execution and Request for *In Forma Pauperis* Status (document no. 1) is **GRANTED IN PART**.

2. The Warrant of Execution is **STAYED** to permit preparation of an appropriate petition for a writ of habeas corpus.

3. Petitioner may proceed *in forma pauperis*.

4. The Defender Association of Philadelphia, Federal Court Division, Capital Habeas Unit is appointed to represent Petitioner in these proceedings.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**