Affidavit Accompanying Motion for Permission to Proceed in the District court and/or on Appeal in Forma Pauperis in Habeas Corpus Cases under 28 U.S.C. Sections 2241 and 2254.

United States District Court for the Eastern District of Pennsylvania

Bracey
(Plaintiff)

V.

Beard
(Defendant(s))

District Court Case No. 02-3685

FILED JUN 25 By MICHAEL E. KUNZ, Clerk Dep. Clerk

---

Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

X Signed: Edward Bracey

Instructions

Complete all questions in the application and then sign it. Do not leave any blanks. If the answer to a question is "O," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: June 12, 2002

---

13

My issues are:

_____
_____
_____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during During the past 12 months | Amount expected Next month |
|---|---|---|
| | You | You |
| Employment | $ ~10-14.00/mo allowance | $ 10-14.00/mo allowance |
| Self-employment | $ | $ |
| Income from real property (such as rental income) | $ | $ |
| Interest and Dividends | $ | $ |
| Gifts | $ 15-20 | $ 15-20 |
| Alimony | $ | $ |
| Child Support | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ |
| (Unemployment payments | $ | $ |
| Public Assistance (such as welfare) | $ | $ |
| Other specify): | $ | $ |
| Total monthly income: | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

14

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| imprisoned | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

N/A   none

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |

4. How much cash do you and your spouse have?   $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

N/A   none

| Financial Institution | Type of account | Amount you have | Amount your spouse Has |
|---|---|---|---|
| | | | |

If you are a prisoner, you must attach a statement *certified by the appropriate institutional officer* showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.   none

15

Home (Value)   Other estate   Real (Value)

_____   _____
_____   _____
_____   _____

Motor Vehicle #1
Value _____
Make & Year _____
Model: _____        N/A
Registration #: _____

Motor vehicle #2
Value _____
Make & year: _____
Model: _____
Registration # _____

Other Assets           Value of other assets
_____             _____              N/A
_____             _____
_____             _____

6. State every person, business, or organization owing your or your spouse money, and the amount owed.   none

Person owing you or your     Amount owed to you     Amount owed to your spouse
  Spouse money
                             none
_____                  _____             _____
_____                  _____             _____
_____                  _____             _____

7. State the persons who rely on you or your spouse for support.   n/a

Name                Relationship     Age

_____          _____       _____
_____          _____       _____
_____          _____       _____

16

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate:

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ none | $ |
|    Are real-estate taxes included? | Yes | No |
|    Is property insurance included: | Yes | No |
| Utilities (electricity, heating fuel, water, sewer and Telephone) | $ | $ |
| Home maintenance (repairs & upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry & Dry-Cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers magazines, etc. | $ | $ |
| Insurance, not deducted from wages or included in Mortgage payments) | $ | $ |
|   Homeowner's or renter's | | |
|    Life | $ | $ |
|    Health | $ | $ |
|    Motor Vehicle | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify):_____ | | |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card | $ | $ |
|   (Name)_____ | | |
| Department store (Name): _____ | $ | $ |
| Other _____ | $ | $ |
| Alimony, maintenance, and support | | |
|   Paid to others | $ | $ |
| Regular expenses for operation of | | |

17

business, profession, or farm (attach
detailed statement)                       $_____     $_____

TOTAL MONTHLY EXPENSES:       $_____     $_____

9. Do you expect any major changes in your monthly income or expenses or in your assets or liabilities during the next 12 months?

Yes_____ No __✓__ If yes, describe on an attached sheet.

10. Have you paid or will you be paying an attorney any money for services in connection with this case, including the completion of this form? Yes ___ No _✓_
If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid - or will you be paying- anyone other than an attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

Yes____ No __✓__

If yes, how much?    $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am a death-sentenced inmate and only have my monthly prison allowance.

13. State the address of your legal residence.

_____
_____

18

## CERTIFICATION

I hereby certify that the petitioner herein has the sum of $ __33 07__ on account to his credit at the __Graterford__ Institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ Institutions: _____

__N/A__

_Mary Mushinski_
**AUTHORIZED PRISON OFFICIAL**

__6/17/02__
**DATE**

FILED
JUN 25 2002
MICHAEL E. KUNZ, Clerk
BY _____ Dep. Clerk

20