IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : No. 02-3685 |
| JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : THIS IS A CAPITAL CASE<br>:<br>:<br>:<br>: (Hon. Berle M. Schiller) |
| Respondents. | : |

FILED
JUL 26 2002
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

### NOTICE OF APPEARANCE

Please take notice that Billy H. Nolas, Esquire, a member of the bar of the District Court, enters his appearance as co-counsel in the above-referenced matter.

Respectfully submitted,

*/s/ Billy H. Nolas*
BILLY H. NOLAS
Pa. Bar No. 83177
Defender Association of Philadelphia
The Curtis Center, Suite 545 West
Independence Square West
Philadelphia, PA 19106
(215) 928-0520

cc: Thomas Dolgenos, Esquire
     Counsel for Respondents