IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY,<br>            Petitioner, | CIVIL ACTION |
| v. | |
| JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford; and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview,<br>            Respondents | FILED<br>AUG - 5 2002<br><br>No. 02-3685 |

## ORDER

AND NOW, this 2 day of **August, 2002**, upon consideration of this Court's June 14, 2002 Order granting in part Petitioner's Motion for Appointment of Counsel and Stay of Execution and Request for *In Forma Pauperis* Status, it is hereby **ORDERED** that:

The remainder of Petitioner's Motion for Appointment of Counsel and Stay of Execution and Request for *In Forma Pauperis* Status (document no. 1) is **DENIED IN PART**.

BY THE COURT:

_____
Berle M. Schiller, J.