**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD BRACEY, | |
| Petitioner, | CIVIL ACTION (HABEAS CORPUS) |
| v. | No. 02-CV-3685 |
| JEFFREY BEARD, et al., | Hon. Berle R. Schiller |
| Respondents, | **This is a capital case** |

**MOTION FOR LEAVE TO RESUBMIT PREVIOUSLY FILED MOTION FOR DISCOVERY**

Petitioner, Edward Bracey, through undersigned counsel, hereby moves to resubmit his previously filed *Motion for Discovery* as a post-petition discovery motion. In support thereof, Petitioner avers:

1. Petitioner is a death-sentenced prisoner. On October 11, 2002, Petitioner filed a *Motion for Discovery*, seeking, <u>inter alia</u>, discovery of materials relevant to his claim that the prosecution exercised peremptory strikes in a racially discriminatory manner. The Respondents opposed the motion, arguing, in part, that pre-petition discovery should not be granted. Petitioner filed his habeas corpus petition on November 22, 2002. Petitioner's claim is pled in the *Petition for Writ of Habeas Corpus*.

2. The disagreement between Petitioner and Respondents concerning the scope of pre-petition discovery in federal habeas corpus is rendered moot by the filing of the petition. Petitioner asks that his discovery motion be treated as a post-petition discover request, through

the instant *Motion for Leave to Resubmit*.

3.   Petitioner also wishes to file a reply addressing the other contentions made by Respondent against the granting of discovery. He shall file this request for a reply separately.

WHEREFORE, Petitioner seeks this Court's leave to resubmit his previously filed Motion for Discovery.

                                    Respectfully submitted,

                                    _____
                                    BILLY H. NOLAS
                                    ROBERT BRETT DUNHAM
                                    Capital Habeas Corpus Unit
                                    Federal Court Division
                                    Defender Association of Philadelphia
                                    437 Chestnut Street, Suite 510
                                    Philadelphia, Pa. 19106-2414
                                    215-928-0520

Dated:   November 25, 2002

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this date, I caused the foregoing *Motion for Leave to Resubmit Previously Filed Motion for Discovery* to be served on the following person by first class mail:

Thomas Dolgenos, Esq.
Office of the Philadelphia County District Attorney
1421 Arch Street
Philadelphia, PA 19102

_____
Billy H. Nolas

Dated: November 25, 2002