IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BRACEY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY BEARD,** Commissioner, | : | |
| Pennsylvania Department of Corrections; | : | |
| **DONALD T. VAUGHN,** Superintendent of | : | |
| the State Correctional Institution at | : | |
| Graterford; and | : | |
| **JOSEPH P. MAZURKIEWICZ,** | : | |
| Superintendent of the State Correctional | : | |
| Institution at Rockview, | : | |
| Respondents. | : | No. 02-3685 |

## ORDER

    **AND NOW**, this      day of **December, 2002**, upon consideration of Petitioner's Motion for Leave to Resubmit Previously Filed Motion for Discovery, it is hereby **ORDERED** that:

1. Petitioner's Motion for Leave to Resubmit Previously Filed Motion for Discovery (document no. 11) is **GRANTED**.

2. Petitioner's Motion for Discovery (document no. 7) is **DENIED AS MOOT**.

          **BY THE COURT:**

          **Berle M. Schiller, J.**