IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BRACEY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY BEARD,** Commissioner, | : | |
| Pennsylvania Department of Corrections; | : | |
| **DONALD T. VAUGHN,** Superintendent of | : | |
| the State Correctional Institution at | : | |
| Graterford; and | : | |
| **JOSEPH P. MAZURKIEWICZ,** | : | |
| Superintendent of the State Correctional | : | |
| Institution at Rockview, | : | |
| Respondents. | : | No. 02-3685 |

## ORDER

**AND NOW**, this     day of **December, 2002**, upon consideration of Petitioner's Motion for Opportunity to Reply to the Commonwealth's Answer to Petitioner's Motion for Discovery, it is hereby **ORDERED** that:

1. In light of the Court's Order of this Court's Order of December 5, 2002 (document no. 14), granting Petitioner's Motion for Leave to Resubmit Previously Filed Motion for Discovery (document no. 11) and denying Petitioner's Motion for Discovery (document no. 7) as moot, Petitioner's Motion for Opportunity to Reply (document no. 13) is **DENIED AS MOOT**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**