

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| | : No. 02-3685 |
| v. | : |
| | : |
| JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : THIS IS A CAPITAL CASE |
| | : |
| | : (Hon. Berle M. Schiller) |
| Respondents. | : |

**PROPOSED SCHEDULE FOR PETITIONER'S MEMORANDUM
AND RESPONDENT/COMMONWEALTH'S RESPONSE**

Petitioner, through counsel, respectfully submits the accompanying proposed schedule for Petitioner's memorandum and the Respondent/Commonwealth's response in this capital habeas case. Petitioner has filed his petition for writ of habeas corpus, but has not yet completed his memorandum of law and the Commonwealth has not filed a response.

This matter was discussed by counsel for the parties, who agreed to the attached proposed schedule. It makes sense for the Commonwealth to file its response after receipt of Petitioner's

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing Proposed Schedule for Petitioner's Memorandum and Respondent/Commonwealth's Response to be served on the following person at the location and in the manner indicated below:

### VIA FIRST-CLASS MAIL

Thomas Dolgenos, Esq.
Assistant District Attorney
Office of the Philadelphia County District Attorney
1421 Arch Street
Philadelphia, PA 19107

FILED
JAN - 6 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

_____
Billy H. Nolas

1/6/03