IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD BRACEY,                              : CIVIL ACTION
        Petitioner,                     :
                                        : No. 02-3685
    v.                              :
                                        :
JEFFREY BEARD, Commissioner,    : **THIS IS A CAPITAL CASE**
Pennsylvania Department of Corrections; :
DONALD T. VAUGHN, Superintendent of the :
State Correctional Institution at Graterford, and :
JOSEPH P. MAZURKIEWICZ, Superintendent :
of the State Correctional Institution at : (Hon. Berle M. Schiller)
Rockview,                       :
        Respondents.                    :

## SCHEDULING ORDER

The Court hereby ORDERS as follows:

1. The Petitioner shall file his memorandum in support of his petition for writ of habeas corpus by March 3, 2003.

2. The Respondent shall file a response 90 days thereafter or shall inform the Court if additional time is needed. (The Petitioner has no objection to such a request.)

3. DONE and ORDERED this ___ day of January 2003.

                                                  District Court Judge

cc:    Clerk of Court
        Counsel for the Parties

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY,<br><br>          Petitioner,<br><br>v.<br><br>JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview,<br><br>          Respondents. | CIVIL ACTION<br><br>No. 02-3685<br><br><br><br>**THIS IS A CAPITAL CASE**<br><br><br><br><br>(Hon. Berle M. Schiller) |

## PROPOSED SCHEDULE FOR PETITIONER'S MEMORANDUM AND RESPONDENT/COMMONWEALTH'S RESPONSE

Petitioner, through counsel, respectfully submits the accompanying proposed schedule for Petitioner's memorandum and the Respondent/Commonwealth's response in this capital habeas case. Petitioner has filed his petition for writ of habeas corpus, but has not yet completed his memorandum of law and the Commonwealth has not filed a response.

This matter was discussed by counsel for the parties, who agreed to the attached proposed schedule. It makes sense for the Commonwealth to file its response after receipt of Petitioner's

1

memorandum.[1] The proposed schedule shall allow the parties to brief the issues in this case in a manner that, we hope, shall ultimately aid the Court in its review.

Respectfully submitted,

Billy H. Nolas
Robert Brett Dunham
Defender Association of Philadelphia
Federal Court Division, Capital Habeas Unit
The Curtis Center, Suite 545 West
Independence Square West
Philadelphia, PA 19106
(215) 928-0520

Counsel for Petitioner, Edward Bracey

Dated: January 6, 2003

---

[1] Petitioner has not objection to the Commonwealth being provided additional time than stated in the proposed schedule.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing Proposed Schedule for Petitioner's Memorandum and Respondent/Commonwealth's Response to be served on the following person at the location and in the manner indicated below:

### VIA FIRST-CLASS MAIL

Thomas Dolgenos, Esq.
Assistant District Attorney
Office of the Philadelphia County District Attorney
1421 Arch Street
Philadelphia, PA 19107

_____
Billy H. Nolas

1/6/03