

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY, | : |
| Petitioner, | : CIVIL ACTION (HABEAS CORPUS) |
| | : No. 02-CV-3685 |
| v. | : |
| | : Hon. Berle R. Schiller |
| JEFFREY BEARD, et al., | : |
| | : **This is a capital case** |
| Respondents. | : |

## MOTION FOR UNOPPOSED 15-DAY EXTENSION TO FILE PETITIONER'S MEMORANDUM

Petitioner, Edward Bracey, through his counsel and with the consent of counsel for the Respondents (Thomas Dolgenos, Esquire, Chief, Federal Litigation, Philadelphia District Attorney's Office), respectfully moves for a 15-day extension to file his memorandum of law herein. In support, Petitioner submits:

1. This is a habeas corpus action in a capital case. Petitioner filed his petition.

2. The parties thereafter submitted a proposed briefing schedule for Petitioner's memorandum and the Respondent's response, which the Court entered. Under this schedule, Petitioner's memorandum is due on March 3, 2003.

3. Petitioner respectfully requests that the Court allow a 15-day extension of the schedule, for the reasons set forth below. Petitioner's memorandum would be due on March 18, 2003, pursuant to this request.

4. Respondents have no objection to the granting of this request. Counsel for Respondents, Thomas Dolgenos, Esquire, of the Philadelphia District Attorney's Office authorized Petitioner to make this representation on Respondent's behalf.

5. The grounds for this request are that this week, as Petitioner was working to complete his memorandum, the United States Supreme Court issued <u>Miller-el v. Cockrell</u>, No. 01-7662. <u>Miller-el</u> is a lengthy opinion that, in our view, is relevant to Petitioner's <u>Batson v. Kentucy</u>, claim and possibly other claims as well. Because of <u>Miller-el</u>, Petitioner must redraft the <u>Batson</u> argument he was preparing for the memorandum. To effectively develop the argument, Petitioner has ordered the brief in the Supreme Court and lower courts in <u>Miller-el</u>, but has not yet had a chance to review them. Neither has Petitioner yet fully analyzed <u>Miller-el</u> and its impact here, given the recency of the opinion's issuance.

6. In addition, Petitioner's counsel participated in an argument in the United States Court of Appeals for the Third Circuit in a capital case this week; submitted a brief in a capital habeas case in the District Court before Judge Pollak earlier this week; and has been working on another brief for the Court of Appeals to be filed in March. These circumstances, and as discussed above, especially the issuance of the decision in <u>Miller-el</u>, demonstrate that the granting of this request is appropriate.

7.  The granting of this shall cause no prejudice to Respondent

WHEREFORE, Petitioner respectfully requests that the Court allow this unopposed 15-day extension, to March 18, 2003.

> Respectfully submitted,
>
> _Billy N Nolas_
> BILLY H. NOLAS
> ROBERT BRETT DUNHAM
> Capital Habeas Corpus Unit
> Federal Court Division
> Defender Association of Philadelphia
> 437 Chestnut Street, Suite 510
> Philadelphia, Pa. 19106-2414
> 215-928-0520

Dated:  February 27, 2003

## CERTIFICATE OF SERVICE

  I, Billy H. Nolas, hereby certify that on this date, I caused the foregoing *Motion for Unopposed 15-Day Extension To File Petitioner's Memorandum* to be served on the following person by first class mail:

Thomas Dolgenos, Esq.
Office of the Philadelphia County District Attorney
1421 Arch Street
Philadelphia, PA 19102

                    /s/ Billy H. Nolas
                    Billy H. Nolas

Dated: February 27, 2003

FILED
FEB 27 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk