IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| EDWARD BRACEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, et al.<br><br>　　　　Respondents. | CIVIL ACTION (HABEAS CORPUS)<br><br>No. 02-CV-3685<br><br>Hon. Berle R. Schiller<br><br>**CAPITAL CASE** |

## ORDER

AND NOW, this 3 day of March, 2003, upon consideration of the Motion For Unopposed 15-Day Extension To File Petitioner's Memorandum it is hereby ORDERED that:

1.　Petitioner's Motion is GRANTED.

2.　Petitioner's memorandum is due on March 18, 2003.

BY THE COURT:

_____
J.

xc: T. Dolgenos
    R. Dunham
    B. Nolas