

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY, | : |
| | : CIVIL ACTION (HABEAS CORPUS) |
| Petitioner, | : |
| | : No. 02-CV-3685 |
| v. | : |
| | : Hon. Berle M. Schiller |
| JEFFREY BEARD, et al., | : |
| | : This is a capital case |
| Respondents, | : |

**ORDER**

AND NOW, this 18 day of March 2003, upon consideration of Petitioner's Motion for an extension to file Petitioner's memorandum, it is hereby

ORDERED that the motion is GRANTED and the memorandum is due 20 days from this date.

_____
Berle M. Schiller
United States District Judge

XC B. Nolas
R. Dunham
T. Dolgenos