BMS



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

EDWARD BRACEY,

           Petitioner,

           v.

JEFFREY BEARD, et al.,

           Respondents,

CIVIL ACTION (HABEAS CORPUS)

No. 02-CV-3685

Hon. Berle M. Schiller **FILED**

**This is a capital case**

APR 16 2003

MICHAEL E. KUNZ, Clerk

By_____ Dep. Clerk

## ORDER

AND NOW, this 16 day of April, 2003 upon consideration of Petitioner's Motion

for an extension to file Petitioner's memorandum, it is hereby

ORDERED that the motion is GRANTED and the memorandum is due 45 days from this

date.

_____
Berle M. Schiller
United States District Judge

XC: T. Dolgenos
    R. Dunham
    J. Moreno
    B. Nolas