UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD BRACEY,

      Petitioner,

v.

JEFFREY BEARD, et al.,

      Respondents,

CIVIL ACTION (HABEAS CORPUS)

No. 02-CV-3685

Hon. Berle M. Schiller

**This is a capital case**



FILED
MAY 28 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 28 day of MAY, 2003 upon consideration of Petitioner's Unopposed Motion For An Extension Of 30-Days, Due To Unforeseen Circumstance, To File Petitioner's Memorandum, it is hereby:

ORDERED that the motion is GRANTED and the memorandum is due 30 days from this date.

Berle M. Schiller
United States District Judge