IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview,<br><br>　　　　　Respondents. | CIVIL ACTION<br>(capital habeas corpus)<br><br>No. 02-3685   **FILED**<br>JUN 2 0 2003<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk<br><br>(Hon. Berle M. Schiller) |

## ORDER

AND NOW, this 20th day of JUNE, 2003, it is hereby ORDERED that:

1. Petitioner's *Motion for Leave to Amend Petition for Writ of Habeas Corpus* is hereby GRANTED;

2. The *Amendment to Petition for Writ of Habeas Corpus*, dated June 18, 2003 and attached to Petitioner's *Motion for Leave to Amend Petition for Writ of Habeas Corpus*, is hereby accepted and deemed filed as of that date.

BY THE COURT:

_____
SCHILLER, J.

xc: B. Ndas
    J. Moreno
    R. Dunham
    T. Dolgenos