UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRACEY, | |
| Petitioner, | CIVIL ACTION (capital habeas corpus) |
| v. | No. 02-3685 |
| JEFFREY BEARD, et al., | Hon. Berle M. Schiller |
| Respondents, | |

**ORDER**

AND NOW, this 23, day of JUNE, 2003, it is hereby ORDERED that:

1. Petitioner's Unopposed Motion to Hold Federal Proceedings in Suspense Pending Exhaustion of State Remedies is GRANTED;

2. The time for filing a memorandum on the merits of the issues is tolled;

3. The above-captioned case is placed in civil suspense pending the exhaustion of state remedies.

BY THE COURT:

_____
Schiller, J.

xc: B. Nolas
J. Moreno
R. Dunham
T. Dolgenos